CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
Kathryn Pearson, Esq. (021982012)
*Attorneys for Plaintiffs Dr. Diane Campo, MD and Twenty Twenty Beauty, LLC*

| | |
|---|---|
| R. DIANE HILAL CAMPO, MD and TWENTY TWENTY BEAUTY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MASSIMI, PROLOGUE BEAUTY COLLECTIVE and MBH, LTD, Defendants. | Docket No. 25-cv-2868<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Plaintiffs, Dr. Diane Campo, MD and Twenty Twenty Beauty, LLC in the above-captioned matter and respectfully requests to be included in all notifications regarding pleadings and other communications in this matter. For electronic notifications, my email address is kpearson@csglaw.com, and additionally, ecf@csglaw.com.

CHIESA SHAHINIAN GIANTOMASI PC
*Attorneys for Plaintiffs Dr. Diane Campo, MD and Twenty Twenty Beauty, LLC*

By: *_/s/ Kathryn Pearson_*
KATHRYN PEARSON

DATED: August 26, 2026