**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. DIANE HILAL CAMPO, MD and TWENTY TWENTY BEAUTY, LLC,<br><br>Plaintiffs,<br>v.<br>NICOLE MASSIMI, PROLOGUE BEAUTY COLLECTIVE and MBH, LTD.,<br><br>Defendant. | **Case No. 25-cv-2868**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Benjamin I. Rubinstein of K&L Gates LLP, an attorney admitted to practice in this Court, hereby enters his appearance in this action as counsel for Plaintiffs Dr. Diane Hilal Campo, MD and Twenty Twenty Beauty, LLC and requests that copies of all papers, notices, reports, pleadings, motions and applications (including notices thereof), petitions, statements, and answering or reply papers filed in the above-captioned case by mail or otherwise, be served upon him at the address set forth below.

Dated: September 25, 2026

By: *\/s/ Benjamin I. Rubinstein*

Benjamin I. Rubinstein
**K&L GATES LLP**
One Newark Center - 10th Floor
Newark, NJ 07102
P: (973) 848-4000
F: (973) 848-4001
benjamin.rubinstein@klgates.com
*Attorneys for Plaintiffs*
*Dr. Diane Hilal Campo, MD and Twenty Twenty Beauty, LLC*